UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
       Petitioner )
       )
   V. )    M.B.D. No.
      )    04MBD 10296
RICHARD EARLY III )
       Respondent )

### AFFIDAVIT OF REVENUE OFFICER

I, Michelle Nicolosi, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Richard Early III, are true to the best of my knowledge and belief.

_Michelle Nicolosi_
Revenue Officer
Internal Revenue Service

On this 23rd day of June, 2004 before me, the undersigned notary public, personally appeared _Michelle Nicolosi_, proved to me through satisfactory evidence of identification, which were _IRS Commission I.D._ to be the person whose name is signed on this document in my presence.

My Commission expires: SHARON A. GEORGE
Notary Public
My Commission Expires
December 15, 2006

_Sharon A. George_
NOTARY PUBLIC