

**U.S. Department of Justice**

*MICHAEL J. SULLIVAN*
*United States Attorney*
*District of Massachusetts*

*Secretary's Line: (617) 748-3282*
*Fax No. (617) 748-3971*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

December 10, 2004

**First Class Mail and**
**Certified Mail No. 7000 1530 0000 4789 4770**
Richard Early, III
539 Boxford Road
Bradford, MA 01833

Re:   USA v. Richard Early, III
      U.S. District Court - MBD No. 04-10296-LPC

Dear Mr. Early:

Pursuant to your agreement at the Show Cause Hearing on December 6, 2004, and your Accountant's letter regarding the preparation of taxes, the Show Cause Hearing will be held on Wednesday, January 5, 2005, at 11:00 before U.S. Magistrate Judge Lawrence P. Cohen, Courtroom 23.

If you wish to avoid making a court appearance, you must comply with the enclosed IRS Summons which indicates the documents that must be produced to Revenue Officer Michelle Nicolosi. Kindly contact to Revenue Officer Nicolosi at (781) 835-4217 to make arrangements to meet prior to the January 5, 2005 hearing.

Very truly yours,

Anton P. Giedt
Assistant U.S. Attorney

APG/jmz

Enclosures

CC:   Maria Simeone, Clerk to Hon. Lawrence P. Cohen
      Don Guild, IRS Special Procedures



# Summons

In the matter of  Richard Early III, Po Box 5222, Bradford, MA 01835-0222

Internal Revenue Service (Division): Small Business/Self Employed

Industry/Area (name or number): Small Business/Self Employed Area: 19

Periods  See attachment for Period information

## The Commissioner of Internal Revenue

To   Richard Early III

At   539 Boxford Road, Bradford, MA 01833

You are hereby summoned and required to appear before Michelle Nicolosi, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **See attachment for Period information**, including but not limited to: statement of wages for the year(s) **See attachment for Period information**, statements regarding interest or dividend income for the year(s) **See attachment for Period information**; employee earnings statements for the year(s) **See attachment for Period information**; records of deposits to bank accounts during the year(s) **See attachment for Period information**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **See attachment for Period information** (for which year(s) no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

One Montvale Avenue, Suite 204, Stoneham, MA 02180   (781) 835-4217

**Place and time for appearance at:**   One Montvale Avenue, Suite 204, Stoneham, MA 02180

on the 18th day of March 2004 at 1 o'clock p.m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this 26th day of February, 2004

_Michelle Nicolosi_
Signature of Issuing Officer

_____
Revenue Officer
Title

_____
Signature of Approving Officer (if applicable)

_____
Title

Original -- to be kept by IRS

## Attachment to Summons Form 2039

In the matter of **Richard Early III**

Period information:  December 31, 1993; December 31, 1994; December 31, 1994; December 31, 1995; December 31, 1996; December 31, 1997; December 31, 1998; December 31, 1999, December 31, 2000; December 31, 2001



# Service of Summons, Notice and Recordkeeper Certificates
(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 2/26/04    Time: 4:34 pm

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _Taped to front door_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

Signature: _Michelle Nicolm_    Title: _Revenue Officer_

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

Signature: _____    Title: _____

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____    Title: _____

Form 2039 (Rev. 12-2001)

**BLINN, FARRELL & COMPANY**
CERTIFIED PUBLIC ACCOUNTANTS
60 Bailey Boulevard
Haverhill, Massachusetts 01830
Telephone (978) 372-8518
FAX (978) 372-6462

Nelson D. Blinn, CPA
Frank J. Farrell, CPA

Lucien R. Lacroix, CPA

December 3, 2004

United States District Court
District of Massachusetts

RE: Richard Early, III

To Whom It May Concern:

Please be advised that we have been engaged to prepare the tax returns for Richard Early, III for the years 1997, 1998 and 1999.

We are currently in the process of gathering all pertinent information in order to file complete and accurate returns for these years.

Sincerely,

*Nelson Blinn*

Nelson D. Blinn, CPA