UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
         Petitioner,

v.                                   M.B.D. No. 04-MC-10296

RICHARD EARLY, III,
         Respondent.

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Lawrence P. Cohen for a hearing on January 5, 2005, and the respondent, RICHARD EARLY, III, not having shown any cause why he should not obey the Summons issued to him on February 26, 2004:

IT IS ORDERED that RICHARD EARLY, III obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Michelle Nicolosi or any other officer of the Internal Revenue Service authorized to examine the records and take RICHARD EARLY, III testimony on or before February 4, 2005 at 2:00 AM/PM at the office of the Internal Revenue Service, One Montvale Avenue, Suite 204, Stoneham, MA 02180, Tel. #(781)835-4217. Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated: January 5, 2005